**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

JONATHAN GARFINKLE,

                       Plaintiff,

     -against-                                         19 **CIVIL** 7007 (JPO)

## JUDGMENT

THE CONFERENCE ON JEWISH MATERIAL
CLAIMS AGAINST GERMANY, INC., and
GREGORY SCHNEIDER,

                       Defendants.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated October 28, 2020, Defendants' motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York

      October 28, 2020

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                          **BY:**       *K. Mango*

                                                         **Deputy Clerk**